

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 18, 2015

No. 04-14-00731-CR

Stephanie M. **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0086W
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The Appellant's pro se motion to dismiss appeal is deemed MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court